## Ex Parte Avila.

## Solicitud para que se expida mandamiento de Habeas Corpus.

No. 15.—Resuelto en Agosto 4, 1903.

Habeas Corpus—Multa—Prisión Subsidiaria.—El auto de Habeas Corpus no procede en los casos en que el peticionario esté encarcelado por virtud de sentencia firme de un Tribunal competente, condenándole á prisión y multa, y en defecto del pago de la misma, á prisión subsidiaria por un término mayor que el de la pena principal, mientras esté el peticionario extinguiendo la condena principal, sin perjuicio de los derechos que le asistan y pueda ejercitar oportunamente con respecto á la pena subsidiaria.

Los hechos están expresados en la opinión.

La solicitud fué presentada al Juez Presidente Sr. Quiñones en su despacho.

Abogado del peticionario: *Sr. Falcón.*

Abogado del Pueblo: *Sr. Feuille,* Assistant Attorney General.

El Juez Presidente Sr. Quiñones emitió la siguiente opinión:

*Resultando* que cumplido el mandamiento librado para la presentación del preso José Avila Alicea, ha comparecido éste, conducido por el Alcaide de la Cárcel de esta Capital, Don José V. Berríos, se ha celebrado la vista de estas diligencias con asistencia de los mismos, del Abogado defensor del preso y del Hon. Assistant Attorney General, Don Frank Feuille, en representación del Ministerio Fiscal.

*Considerando* que el mandamiento librado para la prisión del promovente José Avila Alicea lo ha sido á virtud de una sentencia firme, dictada por Juez competente que lo condenó á la pena principal de tres meses de carcel y doscientos dollars de multa y en defecto de ésta á un año y treinta y cuatro días más de cárcel, y que la prisión qué está sufriendo actualmente es para extinguir la pena personal de arresto que le fuera impuesta, la que aún no ha extinguido, por lo que no puede calificarse de ilegal dicha prisión

## Ex Parte Avila.

## Application for a writ of Habeas Corpus.

### No. 15.—Decided August 4, 1903.

y debe estimarse comprendido el caso en el artículo 482, Número 2, del Código de Enjuiciamiento Criminal vigente en esta Isla; sin perjuicio de los derechos que le competan, y podrá ejercitar en su día, respecto á la prisión subsidiaria que también le ha sido impuesta.

*Se declara no haber lugar* á la excarcelación solicitada por el preso José Avila Alicea, el que deberá ser conducido nuevamente á la cárcel donde se encontraba extinguiendo su condena, bajo la custodia del Alcaide de dicho establecimiento penal, con las costas á cargo del promovente.